**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Peter Barry**, | |
| Plaintiff, | |
| vs. | CA No. 1:15-cv-10425 |
| **Simply Wheelz, LLC,** | |
| Defendant. | |

**<u>Notice of Dismissal</u>**

Pursuant to <u>Rule 41(a)(1)(A)(i)</u> of the federal Rules of Civil Procedure, and no Defendant

having filed an answer or a motion for summary judgment, the Plaintiff hereby files this Notice

dismissing this matter without prejudice, no cost and no interest.

Peter Barry,
By counsel,

/s/ *John T. Longo*
_____
John T. Longo, Esq.
RI Bar #4928, MA BBO #632387
Citadel Consumer Litigation, P.C.
996 Smith Street, Suite 101
Providence, RI 02908
jtlongo@citadelpc.com
(401) 383-7550
Fax (401) 537-9185

Date:  April 23, 2015

Citadel File #CF#4147

**CERTIFICATE OF SERVICE**

I, John T. Longo, certify that this document, filed through the ECF system on April 23, 2015, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ John T. Longo
John T. Longo